UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No: <u>5:12-CR-376-1F</u>



UNITED STATES OF AMERICA

vs.                           <u>ORDER</u>

ALEJANDRO GARCIA-LAGUNAS
AKA - ALEX FUENTES

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on on May 20, 2013, be turned over to the case agent, Shawn Collins, Fayetteville Police Department/ATF Task Force, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 43 | Firearm |
| 49 | Cardboard box containing drug wrappers |

This __20th__ day of __May__, 2013.

_____
James C. Fox
Senior U.S. District Judge

Agent's Signature: _____