UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No: 5:12-CR-376-1F



UNITED STATES OF AMERICA

vs.                                    ORDER

ALEX FUENTES a/k/a
ALEJANDRO GARCIA-LAGUNAS

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on on May 20, 2013, be turned over to the case agent, Shawn Collins, Fayetteville Police Department/ATF Task Force, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 40 - 41 | Cocaine |
| 39 | 800 grams of powder substance-not cocaine |
| 45 - 46 | Scales with residue |

This  21st  day of  May , 2013.

James C. Fox
Senior U.S. District Judge

Agent's Signature: _____