UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-376-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEJANDRO GARCIA-LAGUNAS, | ) | |
| also known as ALEX FUENTES, | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. In a previous order, the court requested post-trial briefs from both parties regarding a potential legal error that occurred during Fuentes's trial. In that order, the court noted that it was not inclined to allow responses to the post-trial briefs. However, after further reflection and after looking over the parties' briefing, the court has decided that it is in the interest of justice to allow voluntary responses to the post-trial briefs. These responses should be ten pages or less, exclusive of any exhibits. The responses, if the parties elect to submit them, are due on or before **July 31, 2013.** The court will consider extensions of this deadline.

SO ORDERED.

This the 17 day of July, 2013

JAMES C. FOX
Senior United States District Judge